# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HYUN DONG JO,<br><br>a/k/a 조현동<br><br>Defendant. | Criminal No. 2:21 Cr. 5<br><br>JUDGE SARGUS |

## NOTICE OF WITHDRAWAL OF COUNSEL

To:     The Clerk of Court and all parties of record

Due to her upcoming departure from the Antitrust Division of the Department of Justice, Trial Attorney Katherine H. Stella is withdrawing as counsel for the United States in this matter. Co-counsel, Trial Attorneys Melanie Krebs-Pilotti and Julia Maloney, who are admitted or otherwise authorized to practice in this Court, will continue to represent the United States of America in this case.

In light of the fact that Trial Attorney Stella will no longer be with the Antitrust Division, please remove her from all future ECF filings.

Date:   August 2, 2021

Respectfully Submitted,

/s/ Katherine H. Stella
Katherine H. Stella

Trial Attorney, Antitrust Division
United States Department of Justice
450 5th Street, N.W.
Washington, DC 20530
Tel: (202) 705-8266
Katherine.stella@usdoj.gov

## Certificate of Service

      I hereby certify that a true and correct copy of the foregoing was electronically filed and served by the CM/ECF system on all counsel of record.

                                          /s/ Katherine H. Stella
                                          Katherine H. Stella