# CRIMINAL MINUTES

2:21-cr-5
USA v. Hyun Dong Jo
(Bond)

**Sentencing held via GoToMeeting
on Friday, February 18, 2022
9:30 a.m.
before Judge Edmund A. Sargus, Jr.**

For Govt: Brenda Shoemaker, Julia Maloney and Melanie Krebbs-Pilotti

For Deft: David Axelrod and Kyle Freeny

Court Reporter: Crystal Hatchett

Courtroom Deputy: Christin Werner


The sentencing was continued to Wednesday, March 1, 2023 at 9:30 a.m. via GoToMeeting.  The defendant shall comply with the new terms of his Pretrial Release. Order to follow.