IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

NOTICE

v.

Case No. 2:21-cr-5
Judge Edmund A. Sargus, Jr.

HYUN DONG JO,
    Defendant.

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**Place:**    United States District Court     GoToMeeting Video Conference
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard     March 1, 2023 at 9:30 A.M.
Columbus, Ohio 43215

TYPE OF PROCEEDING:   **SENTENCING HEARING** (Invitation information for the GoToMeeting video conference will be supplied to counsel of record prior to the hearing.)

**The following schedule is established:**
(a) Any sentencing memorandum may be filed no later than 10 days prior to sentencing;
(b) If such memorandum is filed, the opposing side may file a memorandum in opposition no later than 5 days prior to sentencing;
(c) Motions under U.S.S.C. § 3553(e) or U.S.S.C. § 5K1.1 must be filed at least 5 days prior to sentencing
(d) No other memoranda or motions pertaining to sentencing shall be filed without leave of court.

                                      EDMUND A. SARGUS, JR.
                                      UNITED STATES DISTRICT JUDGE

DATE:  February 18, 2022

                                      /s /   Christin Werner
                                    (By) Christin Werner, Deputy Clerk

Counsel noticed via CM/ECF