IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,           Case No. 2:21-CR-5
  v.                           JUDGE EDMUND A. SARGUS, JR.

HYUN DONG JO,

      Defendant.

## ORDER

This matter came before the Court on February 18, 2022 for Defendant Hyun Dong Jo's sentencing via GoToMeeting. For the reasons stated during the hearing, sentencing is postponed until Wednesday, March 1, 2023, at 9:30 a.m. The conditions of Defendant's release will remain the same with the following conditions added:

1. Defendant shall complete 365 days of home detention with the location monitoring program starting on March 1, 2022. While on home detention, Defendant shall be restricted to his residence, except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as preapproved by the pre-trial service officer.

2. Defendant shall complete 1,000 hours of community service at the nearest United States military base. If the service cannot be performed at a United States military base, Defendant shall work with his pre-trial service officer to find appropriate community service.

3. Defendant shall make monthly payments towards his restitution at the direction of his pre-trial service officer.

      **IT IS SO ORDERED.**

2/18/2022                                          s/Edmund A. Sargus, Jr.
**DATE**                                        **EDMUND A. SARGUS, JR.**
                                                **UNITED STATES DISTRICT JUDGE**